IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JAMES CALHOUN-EL         :        Civil Action No. RDB-07-21
#160083
     v.                :

MARY ANN SAAR, et al     :

o0o
### **MEMORANDUM OPINION**

    Before the Court is a *pro se* Complaint filed by James Calhoun-El, an inmate at the Jessup Correctional Institution. Petitioner has also filed a motion to proceed *in forma pauperis*. Upon review of the pleadings, the Court will grant the motion to proceed *in forma pauperis* and dismiss the Complaint without prejudice.

    Rule 8 of the Federal Rules of Civil Procedure requires "a short and plain statement of the claim showing that the pleader is entitled to relief." The instant Complaint is a recital of numerous unrelated claims. The Court is mindful that Calhoun-El is a *pro se* litigant, and has accorded the pleading liberal interpretation. *See Haines v. Kerner,* 404 U.S. 519, 520 (1972). This pleading, however, presents a litany of unrelated claims against different defendants. These claims are based on alleged incidents that occurred at different times and places. The Complaint does not comply with the general rules of pleading, and will be dismissed without prejudice.[1] An Order consistent with this Memorandum Opinions follows.

January 10, 2007           /s/
DATE                      RICHARD D. BENNETT
                            UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff is experienced in filing claims in this Court. *See eg* Civil Actions Nos. FAK-88-2827, *Calhoun-El v. Purness*; BEL-95-456, *Calhoun-El v. Nuth, et al*; BEL-96-3479, *Calhoun-El v. Corcoran, et al.*; BEL-99-2016, *Calhoun-El v. Hitchinson, et al*; RDB-03-4, *Calhoun-El v.Smith*, *et al*.